**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-6139**
_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TERESA R. GALLOP, a/k/a Teresa R. Vick,

Defendant - Appellant.

_____

**No. 21-6141**
_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TERESA GALLOP,

Defendant - Appellant.

_____

**No. 21-6142**
_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TERESA GALLOP,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.    Mark  S.  Davis,  Chief  District  Judge.    (2:08-cr-00217-MSD-TEM-1; 4:16-cr-00086-MSD-LRL-1; 4:16-cr-00088-MSD-LRL-2)

_____

Submitted: May 6, 2021                                                Decided: June 1, 2021

_____

Before NIEMEYER and FLOYD, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Teresa R. Gallop, Appellant Pro Se.   Jacqueline Romy Bechara, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teresa Gallop, a federal prisoner, appeals from the district court's memorandum order denying her motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Upon review of the record, we conclude that the district court did not abuse its discretion in ruling that the pertinent 18 U.S.C. § 3553(a) factors weighed against compassionate release. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*